UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STACY BOWEN,

                     Plaintiff,

     v.

CLARK COUNTY et al.,

                   Defendants.

CASE NO. 3:24-cv-05123-DGE

ORDER GRANTING STIPULATED MOTION TO FILE FIRST AMENDED COMPLAINT (DKT. NO. 25)

     Before the Court is a stipulated motion for leave to file a first amended complaint.  (Dkt. No. 25.)  The Court GRANTS the motion.  Plaintiff SHALL file the first amended complaint within seven days of this Order.

     Dated this 2nd day of July 2024.

David G. Estudillo
United States District Judge