U.S. District Judge David G. Estudillo

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| THE ESTATE OF JESSIE BOOTH, by and through STACY BOWEN, personal representative; J.B. a minor individual by and through his next friend and guardian, Stacy Bowen; STACY BOWEN, an individual,<br><br>                  Plaintiffs,<br><br>   v.<br><br>CLARK COUNTY, a municipal corporation; GRANT HAGEN, an individual; AUSTIN CLOYD, an individual; JENNIFER BIVER, an individual; DEO SHARAN, an individual; EMRAH REBIHIC, an individual; ROBERT KARCHER, an individual; ALEXANDER CRUSE, an individual; CHRIS HOLMQUIST, an individual; DEBORA SCHMIERER, an individual; NAPHCARE, INC., an Alabama corporation; and AMANDA BIVER, an individual,<br><br>                  Defendants. | Case No. 3:24-cv-05123-DGE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT AMANDA BIVER, RN<br><br>NOTE ON MOTION CALENDAR: 03/28/2025 |

//

//

//

//

//

ORDER GRANTING
STIPULATED MOTION TO DISMISS
DEFENDANT AMANDA BIVER, RN - 1



1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

On Plaintiff's Request, stipulated to by all Defendants, and pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendant Amanda Biver, RN is dismissed from the above-captioned matter with prejudice and without fees or costs to any party.

DONE IN OPEN COURT this 31st day of March 2025.

_____
JUDGE DAVID G. ESTUDILLO

Presented by:

MACDONALD HOAGUE & BAYLESS

By:    s/ Lauren I. Freidenberg
       Jesse Andrew Wing, WSBA No. 27751
       Lauren I. Freidenberg, WSBA No. 59145
Attorneys for Plaintiff

KEATING BUCKLIN MCCORMACK INC PS

By:    s/ Ann E. Trivett
       Ann E. Trivett, WSBA No. 39228
       Audrey M. Airut Murphy, WSBA No. 56833
Attorneys for Defendants Clark County, Grant Hagen, Austin Cloyd, Deo Sharan, Emrah Rebihic, Robert Karcher, Alexander Cruse, Chris Holmquist, and Debora Schmierer

ORDER GRANTING
STIPULATED MOTION TO DISMISS
DEFENDANT AMANDA BIVER, RN - 2

FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

By:   s/ Allison M. Croft
    Allison M. Croft, WSBA No. 30486
Attorney for Defendant Jennifer Biver


FOX BALLARD PLLC

By: _____
    Jonathan Ballard, WSBA No. 48870
    Ross Taylor, WSBA No. 48111
Attorneys for Defendants Naphcare, Inc. and Amanda Biver, RN

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT AMANDA BIVER, RN - 3



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com