HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| THE ESTATE OF JESSIE BOOTH, by and through STACY BOWEN, personal representative; J.B. a minor individual by and through his next friend and guardian, Stacy Bowen; STACY BOWEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, a municipal corporation; GRANT HAGEN, an individual; AUSTIN CLOYD, an individual; JENNIFER BIVER, an individual; DEO SHARAN, an individual; EMRAH REBIHIC, an individual; ROBERT KARCHER, an individual; ALEXANDER CRUSE, an individual; CHRIS HOLMQUIST, an individual; DEBORA SCHMIERER, an individual; NAPHCARE, INC., an Alabama corporation; and AMANDA BIVER, an individual,<br><br>Defendants. | No. 3:24-cv-05123-DGE<br><br>AMENDED ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENT, ENTER JUDGMENT AGAINST CLARK COUNTY, AND DISMISS<br><br>NOTE FOR MOTION CALENDAR: APRIL 30, 2025 |

**ORDER**

This matter comes before the Court on the stipulated motion for approval of a minor settlement for J.B.(Dkt. No. 55). In support of their motion, the parties submit a Settlement Guardian ad Litem ("SGAL") Report (Dkt. Nos. 53-1, 53-2, 54) and the supplemental declaration of Bruce Wolf (Dkt. Nos. 57 & 58). The Court previously appointed Bruce A. Wolf as the SGAL for minor J.B. (Dkt. No.48).

AMENDED ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENT, ENTER JUDGMENT AGAINST CLARK COUNTY, AND DISMISS - 1

No. 3:24-cv-05123-DGE

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1  Having reviewed the parties' motion (Dkt. No. 55), the SGAL Report and supplemental declaration of SGAL Bruce Wolf (Dkt. Nos. 53-1, 53-2, 54, 57, 58), and the Notice of Probate Bench Letter (Dkt. No. 56), the Court finds fair and reasonable the settlement terms set forth in the SGAL Report and accompanying documents. Accordingly, the stipulated motion to approve minor settlement is **GRANTED**.

Having considered this information and being fully advised, the Court **ORDERS** the following:

1. The settlement amount set forth in the sealed Settlement Guardian ad Litem Report and supplemental declaration (Dkt. Nos. 53-1, 54, 57, 58) is found to be reasonable and is **APPROVED**.

2. The settlement to J.B., with a structured settlement pay out through Pacific Life & Annuity Services, Inc., set forth in the sealed Settlement Guardian ad Litem Report, Exhibit 1, Dkt. Nos. 53-1, 54, with the remaining settlement portion to be placed into a settlement trust for J.B. are found to be reasonable and are **APPROVED**. The Court **AUTHORIZES** J.B.'s settlement trust to be established in a Washington Superior Court. Stacy Bowen as Conservator in the Circuit Court of the State of Oregon for Clackamas County, Case No. 25PR00908, *In the Matter of Josiah Booth*, upon filing receipts that the annuity has been purchased and the Settlement Trust has been established and funded, **SHALL** close the conservatorship by motion pursuant to the order of Circuit Judge Norby's Limited Judgment Approving Petition for Appointment of Conservator, Approval of Settlement, and Distribution of Proceeds, as set forth in Dkt. No. 57-1.

3. The settlement to Ms. Bowen set forth in the sealed Settlement Guardian ad Litem Report (Dkt. Nos. 53-1, 54) is found to be reasonable and is **APPROVED**.

4. The attorneys' fees to Plaintiffs' counsel's firm, MacDonald Hoague & Bayless, in the amount of $1,200,000, are found to be reasonable and are **APPROVED**.

5. The costs incurred by MacDonald Hoague & Bayless, in the amount of $9,964.66, are found to be reasonable and are **APPROVED**.

AMENDED ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENT, ENTER JUDGMENT AGAINST CLARK COUNTY, AND DISMISS - 2

No. 3:24-cv-05123-DGE

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

6. The attorneys' fees to Plaintiffs' probate counsel's firm, Wyse Kadish LLP, in the amount of $50,000, are found to be reasonable and are **APPROVED**. Any unused portion of the attorneys' fees and costs shall be returned to J.B. and placed in the J.B.'s settlement trust.

7. The attorneys' fees to draft the settlement trust by the firm Macey-Cushman & Reilly, PLLC in the amount of $4,500, are found to be reasonable and are **APPROVED**.

8. The costs incurred by Settlement Guardian ad Litem Bruce Wolf were previously approved in Dkt. No. 48 in the amount of $5,000 and are found to be reasonable and are **APPROVED**.

9. ~~Clark County's updated policy language set forth in "PRO 05.13.040, Conduct of Suicide Watch," and the agreement to train correctional officers at Clark County Jail on this updated policy in 2025, 2026, and 2027 are found to be reasonable and are **APPROVED**. (Settlement Guardian ad Litem Report, Dkt. No. 53-1 at p. 6, lines 8-15).~~

10. The Court hereby **DISMISSES** all individual defendants: Grant Hagen, Austin Cloyd, Jennifer Biver, Deo Sharan, Emrah Rebihic, Robert Karcher, Alexander Cruse, Chris Holmquist, and Debora Schmierer with prejudice and without costs or fees;

11. The Court hereby **DISMISSES** NaphCare, Inc., with prejudice and without costs or fees;

12. The Clerk shall **ENTER JUDGMENT** against Clark County for $2,600,000 (two million six hundred thousand dollars);

13. Payment shall be issued pursuant to the terms of the Settlement Agreements within 14 days of this Order; and

14. After judgment is entered, this Court shall **DISMISS** this case with prejudice and without further costs or attorneys' fees on the terms set forth in the Settlement GAL report. The Clerk shall close the case.

**IT IS SO ORDERED.**

DATED this 4th day of June 2025.

_____
**HONORABLE DAVID G. ESTUDILLO**

AMENDED ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENT, ENTER JUDGMENT AGAINST CLARK COUNTY, AND DISMISS - 3

No. 3:24-cv-05123-DGE

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

**Jointly presented by**:

| | |
|---|---|
| **MacDONALD HOAGUE & BAYLESS** | **KEATING, BUCKLIN & McCORMACK, INC., P.S.** |
| By: */s/ Lauren I. Freidenberg-McBride* <br> Jesse Wing, WSBA #27751 <br> Lauren I. Freidenberg, WSBA #59145 <br> 705 Second Ave., Suite 1500 <br> Seattle, WA 98104 <br><br> *Attorneys for Plaintiffs* | By: */s/ Ann E. Trivett* <br> Audrey M. Airut Murphy, WSBA #56833 <br> Ann E. Trivett, WSBA #39228 <br> Kristen K. Beck, WSBA #43603 <br> 1201 Third Avenue, Suite 1580 <br> Seattle, WA 98101 <br> Phone: (206) 623-8861 <br><br> *Attorneys for Defendants Clark County, Grant Hagen, Austin Cloyd, Deo Sharan, Emrah Rebihic, Robert Karcher, Alexander Cruse, Chris Holmquist and Debora Schmierer* |
| **SIMMONS SWEENEY FREIMUND SMITH TARDIF, PLLC** | **FOX BALLARD PLLC** |
| By: */s/ Allison Croft* <br> Allison Croft, WSBA #30486 <br> 711 Capitol Way South, Suite 602 <br> Olympia, WA 98501 <br> Phone: (360) 534-9960 <br><br> *Attorney for Defendant Jennifer Biver* | By: */s/ Ross Taylor* <br> Jonathan Ballard, WSBA #48870 <br> Ross Taylor, WSBA #48111 <br> 1325 Fourth Avenue, Suite 1500 <br> Seattle, WA 98101 <br> Phone: (206) 800-2727 <br><br> *Attorneys for Defendants Amanda Biver, RN and NaphCare, Inc.* |

AMENDED ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENT, ENTER JUDGMENT AGAINST CLARK COUNTY, AND DISMISS - 4

No. 3:24-cv-05123-DGE

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

CERTIFICATE OF SERVICE

I, Chris Bascom, declare under penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a copy of the AMENDED [PROPOSED] ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENT, ENTER JUDGMENT AGAINST CLARK COUNTY, AND DISMISS on the following participant(s):

| | |
|---|---|
| **KEATING, BUCKLIN & McCORMACK, INC., P.S.**<br><br>Audrey M. Airut Murphy, WSBA #56833<br>Ann E. Trivett, WSBA #39228<br>Kristen K. Beck, WSBA #43603<br>Sarah Damianick, Legal Assistant<br>Lindsey Martin, Legal Assistant<br>amurphy@kbmlawyers.com<br>atrivett@kbmlawyers.com<br>kbeck@kbmlawyers.com<br>sdamianick@kbmlawyers.com<br>lmartin@kbmlawyers.com<br>1201 Third Avenue, Suite 1580<br>Seattle, WA 98101<br>Phone: (206) 623-8861<br><br>*Attorneys for Defendants Clark County, Grant Hagen, Austin Cloyd, Deo Sharan, Emrah Rebihic, Robert Karcher, Alexander Cruse, Chris Holmquist and Debora Schmierer* | ☒ Via Clerk of the Court (CM/ECF System)<br>☐ Via Facsimile<br>☐ Via First Class Mail<br>☒ Via Email<br>☐ Via Overnight Delivery |
| **SIMMONS SWEENEY FREIMUND SMITH TARDIF, PLLC**<br><br>Allison Croft, WSBA #30486<br>Casey Miller, Paralegal<br>Carrie Newbury, Paralegal<br>allison@ssslawgroup.com<br>casey@ssslawgroup.com<br>carrie@ssslawgroup.com<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98501<br>Phone: (360) 534-9960<br><br>*Attorney for Defendant Jennifer Biver* | ☒ Via Clerk of the Court (CM/ECF System)<br>☐ Via Facsimile<br>☐ Via First Class Mail<br>☒ Via Email<br>☐ Via Overnight Delivery |

AMENDED ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENT, ENTER JUDGMENT AGAINST CLARK COUNTY, AND DISMISS - 5

No. 3:24-cv-05123-DGE

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

| | |
|---|---|
| **FOX BALLARD PLLC**<br><br>Jonathan Ballard, WSBA #48870<br>Ross Taylor, WSBA #48111<br>Eric Hufnagel, Legal Assistant<br>jonathan@foxballard.com<br>ross@foxballard.com<br>eric@foxballard.com<br>1325 Fourth Avenue, Suite 1500<br>Seattle, WA 98101<br>Phone: (206) 800-2727<br><br>*Attorneys for Defendants Amanda Biver, RN and NaphCare, Inc.* | ☒ Via Clerk of the Court (CM/ECF System)<br>☐ Via Facsimile<br>☐ Via First Class Mail<br>☒ Via Email<br>☐ Via Overnight Delivery |

DATED this 19th day of May, 2025.

*/s/ Chris Bascom*
Chris Bascom, Legal Assistant

AMENDED ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENT, ENTER JUDGMENT AGAINST CLARK COUNTY, AND DISMISS - 6

No. 3:24-cv-05123-DGE

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961